1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAMARR COOKS,

                  Petitioner,

        vs.

F. B. HAWS,

                  Respondent.

Case No.  CV 09-3266-FMC (OP)

ORDER RE: VOLUNTARY
DISMISSAL OF PETITION FOR WRIT
OF HABEAS CORPUS PURSUANT TO
FED. R. CIV. P. 41(a)(1)

On April 29, 2009, Lamarr Cooks ("Petitioner"), constructively filed the current Petition for Writ of Habeas Corpus by a Person in State custody pursuant to 28 U.S.C. § 2254.[1]  On May 18, 2009, after examining the current Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, the Court found that it plainly appeared from the face of the Petition that Petitioner was not entitled to relief in the district court.  Specifically,

---

[1]    The prison mailbox rule holds that a habeas petitioner's state and federal filings are constructively filed when turned over to prison officials for forwarding to the Clerk of the Court.  See, e.g., Smith v. Duncan, 297 F.3d 809, 814 (9th Cir. 2002); Huizar v. Carey, 273 F.3d 1220, 1223 (9th Cir. 2001).  The Court has utilized the signature date on the current Petition as the relevant filing date since the signature date is the earliest date on which Petitioner could have turned the Petition over to the prison authorities for mailing.

1

1  the Court found that the Petition was subject to dismissal as untimely.  As a result,
2  the Court ordered Petitioner to show cause why the Petition should not be
3  dismissed as untimely.  On July 27, 2009, Petitioner filed a request that the
4  Petition be dismissed without prejudice so that he could seek relief in the state
5  courts.  (Dkt. No. 7.)  The Court construes Petitioner's request as one for voluntary
6  dismissal.

7          Rule 41 of the Federal Rules of Civil Procedure allows for the voluntary
8  dismissal of an action by a plaintiff without prejudice and without a court order
9  before the opposing party serves either an answer or a motion for summary
10  judgment.  Fed. R. Civ. P. 41(a)(1); Hamilton v. Shearson-Lehman American
11  Express, Inc., 813 F.2d 1532, 1534 (9th Cir. 1987).  Even if the defendant has
12  filed a motion to dismiss, a plaintiff may terminate an action voluntarily by filing a
13  notice of dismissal under Rule 41(a)(1).  See Miller v. Reddin, 422 F.2d 1264,
14  1265 (9th Cir. 1970).  The dismissal is effective on filing, and no court order is
15  required.  Id. at 1266.  A plaintiff may dismiss either some or all of the
16  defendants-or some or all of his claims-through a Rule 41(a)(1) notice.  Pedrina v.
17  Chun, 987 F.2d 608, 609 (9th Cir. 1993).  Filing a notice of voluntary dismissal
18  with the court automatically terminates the action as to the defendants who are the
19  subjects of the notice.  Unless otherwise stated, the dismissal is ordinarily without
20  prejudice to the plaintiff's right to commence another action for the same cause
21  against the same defendants.  McKenzie v. Davenport-Harris Funeral Home, 834
22  F.2d 930, 934-35 (9th Cir. 1987).

23          On July 27, 2009, Petitioner filed a request that the Petition be dismissed
24  without prejudice so that he could seek relief in the state courts.  (Dkt. No. 7.)
25  This was in response to the Court's OSC regarding the timeliness of the current
26  Petition.  Further, Respondent has not filed an Answer to the Petition.  Based on
27  the foregoing, the Court finds that dismissal of the current Petition without
28  prejudice is warranted.

1      IT IS THEREFORE ORDERED that the current Petition is hereby

2   dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

3

4

5   DATED: _Aug. 12_ , 2009

6                                        HON. FLORENCE-MARIE COOPER
                                         United States District Judge
7

8   Presented by:

9

10  HON. OSWALD PARADA
    United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3